RITA FISHMAN, Individually and as Assignee of MELVIN FISHMAN et al., Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Submitted April 26, 1940; decided May 21, 1940.

*Kenneth deF. Carpenter* and *Louis H. Cooke* for appellant.
*Harold D. Romanow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.